AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 5 2025
AT____ O'CLOCK ____
John M. Domurad, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**

**ESPINOZA-CABRERA, CARLOS JAVIER**
**TENECELA-AGUAIZA, FRANKLIN AMADEO**

**Defendant.**

Case No. 8:25-MJ-365 (GLF)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 1, 2025, in the county of Saint Lawrence in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(2) | The defendants, aliens, entered the United States at a place not authorized for the entrance of immigrants and unlawfully eluded examination and inspection by Immigration officials |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Devin Stallings
*Complainant's signature*

U.S. Border Patrol Agent Devin Stallings
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Nov. 5, 2025

Gary L. Favro
*Judge's signature*

City and State: Plattsburgh, NY

Hon. Gary L. Favro, U.S. Magistrate Judge
*Printed name and title*

This criminal complaint is based on these facts:

On November 1, 2025, a citizen reported a suspicious vehicle to Ogdensburg Police Department in St. Lawrence County. At approximately 10:00 PM, a responding Border Patrol Agent (BPA) encountered ESPINOZA-Cabrera, Carlos Javier and TENECELA-Aguaiza, Franklin Amadeo at the vehicle. After a brief interview, it was determined that TENECELA-Aguaiza had unlawfully entered the United States in El Paso, TX and was not inspected or admitted by an Immigration Officer. ESPINOZA-Cabrera stated he had unlawfully entered the United States in Miami, FL and was not inspected or admitted by an Immigration Officer.

ESPINOZA-Cabrera and TENECELA-Aguaiza further admitted to being citizens and nationals of Ecuador with no right to be present or remain in the United States legally.

The BPA transported ESPINOZA-Cabrera and TENECELA-Aguaiza back to the Ogdensburg Border Patrol station, along with their property and personal items, for further processing and investigation.

At the Ogdensburg station, ESPINOZA-Cabrera and TENECELA-Aguaiza's fingerprints were run through IDENT/IAFIS fingerprinting system revealing that neither ESPINOZA-Cabrera nor TENECELA-Aguaiza had a record of legal admission into the United States.